# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JOHNSON,<br>CDCR #P-60805,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>J. WALKER; DR. KORNBLUTT;<br>S. WAGER,<br><br>　　　　　　　　　　　Defendants. | Civil No.   12cv0841 LAB (RBB)<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |

　　　　Plaintiff, a state inmate currently incarcerated at the Richard J. Donovan Correctional Facility, located in San Diego, California, and proceeding pro se, has filed this civil action. Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a) to commence a civil action; nor has he filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

**I.　　Failure to Pay Filing Fee or Request IFP Status**

　　　　All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay this filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C.

1  § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*,
2  169 F.3d 1176, 1177 (9th Cir. 1999).

3  Plaintiff has not prepaid the $350 filing fee required to commence a civil action and has
4  not submitted a Motion to Proceed IFP. Therefore, his case must be dismissed pursuant to 28
5  U.S.C. § 1914(a). *Id.*

6  **II.    Conclusion and Order**

7  For the reasons set forth above, the Court hereby:

8  (1)    **DISMISSES** this action sua sponte without prejudice for failing to pay the $350
9  filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

10  (2)    **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is filed to:
11  (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to Proceed
12  IFP which includes a certified copy of his trust account statement for the 6-month period
13  preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. CAL. CIVLR 3.2(b).

14  **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with this
15  Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma*
16  *Pauperis*." If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the
17  enclosed Motion to Proceed IFP within that time, this action shall remain dismissed without
18  prejudice and without further Order of the Court.

19  DATED: April 9, 2012

20  
21  *[signature]*
    **HONORABLE LARRY ALAN BURNS**
    United States District Judge